1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                                 **DISTRICT OF NEVADA**

10   UNITED STATES OF AMERICA,                )
                                              )
11                          Plaintiff,        )
                                              )
12           v.                               )           2:08-CR-059-JCM (GWF)
                                              )
13   JULIAN RICARDO CHACON,                   )
                                              )
14   _____Defendant._____)

15                    **AMENDED FINAL ORDER OF FORFEITURE**

16           On August 6, 2011, the United States District Court for the District of Nevada entered a

17   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

18   States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the

19   plea of guilty by defendant JULIAN RICARDO CHACON to a criminal offense, forfeiting specific

20   property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by

21   the United States to have a requisite nexus to the offense to which defendant JULIAN RICARDO

22   CHACON pled guilty.  Docket #53.

23           This Court finds the United States of America published the notice of the forfeiture in

24   accordance with the law on September 17, 2009, September 24, 2009, and October 1, 2009, in the

25   *Las Vegas Review-Journal/Sun*, notifying all known third parties of their right to petition the Court.

26   #69.

1   Upon being notified that the weapon and ammunition used in this crime had been stolen, the

2   United States Forfeiture Unit had Stephanie Carol Parks, the stolen weapon owner, served by the

3   United States Marshals Service, with the Preliminary Order of Forfeiture, the Notice, and the

4   Petition, Stipulation for Return of Property, and Order on February 16, 2011. #77.

5   On October 13, 2011, Stephanie Carol Parks' Petition, Stipulation for Return of Property,

6   and Order was filed with the Court. (#86) Judge James C. Mahan signed the Order which was then

7   entered on October 18, 2011.

8   This Court finds no further petitions have been filed herein by or on behalf of any person or

9   entity and the time for filing such petitions and claims has expired.

10   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

11   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

12   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

13   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

14   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

15   law:

16   a.   Sig Sauer, Model P225, 9 mm with serial number M635059; and

17   b.   seven (7) rounds of Speer ammunition, 9 caliber.

18   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

19   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

20   as any income derived as a result of the United States of America's management of any property

21   forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

22   according to law.

23   . . .

24   . . .

25   . . .

26   . . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 24th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE